

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ramon Gilberto Ramos, DEFENDANT(S). | CASE NUMBER 2:17 MJ-2612 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Oct. 24___, _2017_, at _10:00_ ☑ a.m. / ☐ p.m. before the Honorable ___Eick___, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/20/17_

U.S. District Judge/Magistrate Judge